IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

| | | |
|---|---|---|
| ARCHERY SHOPPE, INC., | § § § § § § § § § § § | |
| *PLAINTIFF,* | | |
| V. | | CIVIL NO: 1:22-cv-00112-DHU-KRS |
| VALLEY FORGE INSURANCE COMPANY, | | |
| *DEFENDANT.* | | |

## JOINT NOTICE OF SETTLEMENT

**TO THE HONORABLE JUDGE OF SAID COURT:**

Plaintiff and Defendant file this *Joint Notice of Settlement*, respectfully notifying the Court that the parties have reached a settlement of all claims and issues in this action. The parties are working to complete the preparation and execution of a written settlement agreement and will file the appropriate dismissal documents after the settlement agreement has been executed. The parties further request that the Court vacate all deadlines pertaining to this matter.

Dated this 26th day of July, 2022.

Respectfully submitted,

**CALLENDER BOWLIN, PLLC**

By: */s/ Lawrence A. VandenBout*
Lawrence A. VandenBout, Esq.
Main Office:   4299 San Felipe, Ste. 300
                       Houston, TX 77027
Phone:            303-221-9791
Fax:                713-724-8007
Email: Lawrence@CBTrial.com

*Attorneys for Plaintiff*

By: */s/ Anthony S. Cox*
Anthony S. Cox
CNA COVERAGE LITIGATION GROUP
700 N. Pearl Street, Suite 450
Dallas, Texas 75201
Phone: (214) 220-5910
Facsimile: (214) 220-5902
E-mail: anthony.cox@cna.com

and

*/s/ Sean E. Garrett*
April D. White
Sean E. Garrett
YLAW, P.C.
4908 Alameda Blvd. NE
Albuquerque, NM 87113
Phone: (505) 266-3995
Facsimile: (505) 268-6694
awhite@ylawfirm.com
sgarrett@ylawfirm.com

*Attorneys for Defendant*
*Valley Forge Insurance Company*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 26th day of July, 2022, I electronically filed the foregoing with the Clerk of the Court by using the CM / ECF system which will send a notice of electronic filing to the following:

Lawrence A. VandenBout
CALLENDER BOWLIN, PLLC
4299 San Felipe, Suite 300
Houston, Texas 77027
(303) 505-8700 – Phone
(505) 948-0988 – Fax
lawrence@cbtrial.com
*Attorneys for Plaintiff Archery Shoppe, Inc.*

*/s/ Anthony S. Cox*
Anthony S. Cox