UNITED STATES DISTRICT COURT
DISTRICT OF NEW MEXICO

ARCHERY SHOPPE, INC.,

    Plaintiff,

v.                                                                                                         Civ. 1:22-cv-00112-DHU-KRS

VALLEY FORGE INSURANCE
COMPANY,

    Defendant.

### ORDER GRANTING AGREED MOTION TO DISMISS WITH PREJUDICE

This matter is before the Court on the parties' Agreed Motion to Dismiss with Prejudice (Doc. 23). The parties advise they have reached a compromise of their claims and therefore ask, pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, that this case be dismissed with prejudice with each party bearing their own costs and attorneys' fees. The Court finds the Agreed Motion to Dismiss with Prejudice has merit and should be granted.

Accordingly, **IT IS HEREBY ORDERED** that the Agreed Motion to Dismiss with Prejudice is **GRANTED** such that **IT IS HEREBY ORDERED, ADJUDGED** and **DECREED** that all of Plaintiff's claims against Defendant, Valley Forge Insurance Company are **DISMISSED WITH PREJUDICE** with each party bearing their own costs and attorneys' fees. The Clerk of Court is ordered to dismiss this case with prejudice.

    **IT IS SO ORDERED**.

_____
HON. DAVID H. URIAS
UNITED STATES DISTRICT JUDGE